**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Thomas Alan Benjamin, | ) | No. CV-06-1207-PHX-SMM |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| Tim D. Coker, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Before the Court is Defendant Coker's motion for extension of time to respond to Plaintiff's motion for summary judgment (Dkt. 58). Despite the last-minute nature of Defendant's request, and Defendant's failure to comply with Local Rule 7.3, the Court finds that a short extension will aid in deciding Plaintiff's motion for summary judgment. Accordingly,

**IT IS HEREBY ORDERED** granting Defendant Coker's Motion for Extension of Time to File Response to Plaintiff's Motion for Summary Judgment (Dkt. 58). Defendant Coker shall have until and including **Monday, February 25, 2008** to file his response.

DATED this 22nd day of February, 2008.

Stephen M. McNamee
United States District Judge