**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas Alan Benjamin, | No. CIV 06-1207-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Tim Coker, et al., | |
| Defendants. | |

Pursuant to the Stipulation entered into by the parties in this matter and non-party Experian Information Solutions, Inc. ("Experian"), and for good cause shown,

**IT IS HEREBY ORDERED** granting Plaintiff's Motion to file Exhibit A to his Statement of Facts under seal (Dkt. 53).

**IT IS FURTHER ORDERED** directing the Clerk of the Court to file under seal Plaintiff's lodged Exhibit A (Dkt. 54).

DATED this 12th day of March, 2008.

_____
Stephen M. McNamee
United States District Judge