**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas Alan Benjamin, ) | No. CV-06-1207-PHX-SMM |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| Tim D. Coker, et al., ) | |
| ) | |
| Defendants. ) | |

Before the Court is Defendants' motion for extension of time to file reply in support of Defendants' motion for summary judgment (Dkt. 100). Good cause appearing,

**IT IS HEREBY ORDERED** granting Defendant Coker's Motion for Extension of Time to File Reply In Support of Summary Judgment (Dkt. 100). Defendants shall have until and including **Monday, June 30, 2008** to file their reply.

DATED this 22nd day of May, 2008.

Stephen M. McNamee
United States District Judge