**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas Alan Benjamin, ) | No. CIV 06-1207-PHX-SMM |
| )  Plaintiff, ) | **ORDER** |
| v. ) | |
| Tim Coker, et al., ) | |
| )  Defendants. ) | |

Pursuant to the Stipulation entered into by the parties in this matter and non-party Experian Information Solutions, Inc. ("Experian"), and for good cause shown,

**IT IS HEREBY ORDERED** granting Plaintiff's Motion to file Exhibits 3, 24, 30, 31, 32, and 33 to his Response to Defendants' Motion for Summary Judgment under seal (Dkt. 91).

**IT IS FURTHER ORDERED** directing the Clerk of the Court to file under seal Plaintiff's lodged Exhibits 3, 24, 30, 31, 32, and 33 (Dkts. 92-97).

DATED this 22nd day of May, 2008.

Stephen M. McNamee
United States District Judge