1  **WO**

2

3

4

5

6                   IN THE UNITED STATES DISTRICT COURT

7                      FOR THE DISTRICT OF ARIZONA

8

9   Thomas Alan Benjamin,              )   No. CV-06-1207-PHX-SMM
                                       )
10                                     )   **ORDER**
                       Plaintiff,      )
11                                     )
    v.                                 )
12                                     )
13  Tim D. Coker, et al.,              )
                                       )
14                                     )
                      Defendants.      )
15                                     )
                                       )
16  _____)

17        Before the Court is Defendants Hope Family Trust and Matecheck Private

18  Investigations, LLC's ("Defendants") Motion for Extension of Time to Submit Fee

19  Application Pursuant to Rule 54(d) (Dkt. 122).  Defendants request an extension of time

20  to file a fee application until 14 days after the Court enters an Order disposing of the

21  remaining claims.  Defendants' Motion fails to comply with Local Rule 7.3, including but

22  not limited to the requirement that the moving party must state the position of each other

23  party.  LRCiv 7.3(b).  As Plaintiff's would therefore have 10 days to respond to

24  Defendants' Motion, and the responsive deadline would fall after the current deadline to

25  file a fee application, the Court will deny Defendants' Motion with leave to refile in

26  accordance with the Local Rules.

27        Accordingly,

28  //

1      **IT IS HEREBY ORDERED** denying Defendants' Motion for Extension of Time

2   to Submit Fee Application Pursuant to Rule 54(d) (Dkt. 122), with leave to refile.

3      DATED this 19th day of June, 2008.

4

5

6                                          Stephen M. McNamee
                                           United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28