**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas Alan Benjamin,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Tim D. Coker, et al.,<br><br>　　　　　Defendants. | No. CV-06-1207-PHX-SMM<br><br>**ORDER** |

　　　The Court having received the Stipulation for Dismissal with Prejudice filed by the parties (Dkt. 115),

　　　**IT IS HEREBY ORDERED** that the above-captioned action is dismissed with prejudice, each party to bear its own costs and fees, including attorneys' fees.

　　　DATED this 9th day of October, 2008.

Stephen M. McNamee
United States District Judge